IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

    Defendant.
_____/

**O R D E R**

A hearing was held in this case on May 2, 2005, on the <u>Kastigar</u> issues raised by the defendant.  During the hearing, the Court determined that the testimony of former attorney Jarvis would be helpful in resolving these issues.  The Court then asked the defendant whether he would waive his attorney-client privilege with regard to Mr. Jarvis and this particular issue.  Both defendant and defense counsel indicated that defendant would so waive the attorney-client privilege with Mr. Jarvis for the purposes of this <u>Kastigar</u> hearing.  Accordingly, the trial currently set for May 3, 2005, is hereby continued and will be reset by separate notice.  Since the need for this continuance arises because of the defendant's motion, the defendant has waived his speedy trial rights with regard to this motion.  The government is responsible for ensuring the attendance of Mr. Jarvis.

    **DONE AND ORDERED** this  3rd  day of May, 2005

                     *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge