IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 512, the Government's Motion to Conduct the Arraignment of Timothy Wims on the Superseding Indictment in Tallahassee Division. The motion is granted, and the federal public defender is authorized to travel in excess of 100 miles in order to attend the arraignment.

**DONE AND ORDERED** this  *29th*   day of July, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge