IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

    Defendant.
_____/

**O R D E R**

    This matter came before the Court for a telephonic status conference on September 16, regarding the trial of Mr. Wims, currently set for October 3, 2005.  During the hearing, counsel for Mr. Wims moved to continue the trial due to personal medical problems.  While the case as a whole is not so complex as to fall under 18 U.S.C. § 3161(h)(8)(B)(ii), because of the medical condition of counsel for Mr. Wims proceeding to trial under the current schedule would deny counsel for the defendant the reasonable time necessary for effective preparation, despite the exercise of due diligence.  See 18 U.S.C. §  3161(h)(8)(B)(iv) (excusing a continuance under such circumstances from the computation of the time for commencement of a criminal trial.)  Accordingly, as discussed during the teleconference, the trial of Mr. Wims, currently set for October 3, 2005 is hereby continued and will be reset by separate notice.  A teleconference is also set for Friday, October 7, 2005 at 10:00 a.m. to further consider the re-scheduling of Mr. Wims' trial.  The Court will initiate the conference call.

    **DONE AND ORDERED** this _4th_ day of October, 2005

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge