IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

    Defendant.
_____/

**O R D E R**

A teleconference was held in this case regarding the status of the trial currently set for January 23, 2006. As stated during the hearing, the defendant has withdrawn Doc. 559, a petition for writ of habeas corpus ad testificandum. The Court, at doc. 558, has already issued the writ discussed in the petition at doc. 557. Also, the trial is hereby reset for Monday, October 31, 2005. The attorney conference will be at 12:30 p.m. and jury selection will begin immediately thereafter.

    **DONE AND ORDERED** this *19th* day of October, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge