IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

   Defendant.

_____/

**O R D E R**

This matter is currently set for trial on October 31, 2005, after having been continued and then pushed up to an earlier date, both at the motion of defendant. (See docs. 554 and 561). A hearing was held today, however, at which the government indicated that because of Hurricane Wilma, the government, despite exercising due diligence, has been unable to contact a certain detective from the Miami area who is a material witness for the government. The government therefore moved to continue the trial back to the January, 2006, trial term, and the defendant did not object. The Court finds that the failure to grant such a continuance would likely make such proceeding impossible or would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(i) (excusing a continuance under such circumstances from the computation of the time for commencement of a criminal trial.) Accordingly, it is hereby

   **ORDERED AND ADJUDGED:**

The trial in this case is hereby reset for Monday, January 23, 2006. An attorney conference will be held at 12:30 p.m. and jury selection will occur immediately thereafter.

   **DONE AND ORDERED** this _1st_ day of November, 2005

                           *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge