IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

   Defendant.
_____/

## O R D E R

This matter is before the Court for a Status Conference as to Timothy Wims.  The Court set the Status Conference because the U.S. Marshal Service had indicated Mr. Wims suffers from medical complications resulting from a gunshot wound to the head.  At the conference both Defendant and the government agreed that Mr. Wims is competent to stand trial and that he does not face a medical emergency at this time.  Defendant also indicated his desire to go to trial as scheduled.  Accordingly, trial remains set for January 23, 2006.  The attorney's conference will begin at 12:00 p.m.

**DONE AND ORDERED** this  *13th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge