IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 645, Motion to Continue Sentencing filed by Timothy Wims. For the reasons stated in court, this motion is denied. Additionally, for the reasons stated in court, defendant's oral motion to withdraw his plea is also denied. Finally, defendant claims that he had not received a copy of the Presentence Report until today's hearing. Therefore, in order to provide defendant with adequate time in which to file any objections he may have to the report, defendant's sentencing is hereby continued until Wednesday, May 10, 2006, at 1:00 p.m.

    **DONE AND ORDERED** this  *5th* day of May, 2006

                   *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge