IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 643, Motion for Forfeiture of Property, filed by the United States. Being fully advised in the premises, the Court finds:

    1.    On July 26, 2005, a Federal Grand Jury sitting in the Northern District of Florida issued a Third Superceding Indictment against Defendant.

    2.    The Indictment charged Timothy Wims with violations of Title 21, United States Code, Sections 841.

    3.    The Indictment included a Forfeiture Count, pursuant to Title 21, United States Code, Section 853.

    4.    On January 23, 2006, the Defendant entered into a Plea And Cooperation Agreement in which he agreed to forfeit all forfeitable assets to the United States of America. As such, Defendant's interest in the following properties is hereby forfeited:

        A.    Proceeds from the sale of Diamond Wedding Rings;

        B.    Proceeds from the sale of 1969 Customized Chevrolet Impala;

        C.    Proceeds from the sale of 1997 Mercury Grand Marquis;

        D.    Proceeds from the sale of 2002 Buick LaSabre;

      E.      1998 Chevrolet Camero or the proceeds from any sale ;

      F.      1983 Oldsmobile Delta 88 or the proceeds from any sale ;

      G.      Miscellaneous Electronic Equipment or the proceeds from any sale;

      H.      DVD Movie Collection or the proceeds from the sale ;

      I.      Miscellaneous Furniture or the proceeds from the sale .

**ORDERED, ADJUDGED and DECREED** that based on the foregoing, the Defendant's interest in the above properties is hereby forfeited to the United States pursuant to the provisions of Title 21 United States Code, Section 853:

**ORDERED, ADJUDGED and DECREED** that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United States shall:

    1.    State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

    2.    To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a

substitute for published notice as to those persons so notified. It is further **ORDERED, ADJUDGED and DECREED** that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

    **DONE AND ORDERED** this _9th_ day of May, 2006

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge