IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-6-MP-AK

TIMOTHY WIMS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 734, Motion to Vacate under 28 U.S.C. § 2255, by Timothy Wims. Defendant has also filed a motion to exceed the page limitation for supporting memoranda, Doc. 735, and a motion to file a reply after the Government's response.

The motion to exceed is really Defendant's supporting memorandum and a full exposition of his claims that both trial and appellate counsel were ineffective and additional claims beyond the two ineffective assistance claims listed in the motion itself. While Defendant has not technically complied with the filing requirements, the Court believes he has substantially set forth his claims via the two documents so that the Government can formulate a response. The request to file a reply is moot, as it was unnecessary, since the Court makes provision for a reply in its standard order.

Accordingly, pursuant to the Rules Governing § 2255 Proceedings, the Court has reviewed the motions, and the Government will be required to file an answer or other appropriate response. If appropriate, the Government shall include the initial brief or other briefs from the

direct appeal and may rely on the statement of facts presented there.  Defendant may respond to the Government's arguments within the time set by this order, but he is not required to do so.

Upon receipt of the Government's arguments and Defendant's reply, if any, the Court will review the file to determine whether an evidentiary hearing is required.  If an evidentiary hearing is not required, the Court will dispose of the petition as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED**:

1.  That the motion to exceed, Doc. 735, is **GRANTED**;

2.  That the motion for leave to file a reply is **MOOT**;

3.  That the clerk shall furnish, by certified mail return receipt requested, a copy of this order to the United States Attorney for this district, who shall file an answer or other appropriate pleading by **June 20, 2008;**

4.  That if review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

5.  That Defendant shall have until **July 21, 2008**, to file a response, if desired..

**DONE AND ORDERED** this  *14th*  day of April, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**