IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

TIMOTHY WIMS,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 756, Motion for Reconsideration of the Order at Doc. 754. In the order at 754, the Court addressed Mr. Wims' motion for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendments 706, 711 and 715 to the sentencing guidelines. The Court held that Mr. Wims' total offense level, even after the amendments, could not go below 37, because he was a career offender. The Court then attempted to find the sentencing range that corresponded to total offense level of 37 and criminal history category of VI. The Court erred and used a range of 292-to-365 months, when the proper range is 360-months-to-life. Using the erroneous range, the Court reduced Defendant's sentence to 292 months.

However, since Mr. Wims' original sentencing range was 360-months-to-life and his

current range is the same, the amendment does not lower the guideline range applicable to this defendant.  Therefore, § 1B1.10(a)(1) does not permit the Court to reduce the original sentence.

Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The motion to reconsider, at Doc. 756, is granted.  The order reducing sentence at Doc. 754 is vacated, and Mr. Wims original sentence of 360 months is reinstated and remains in full force and effect.

**DONE AND ORDERED** this  *3rd*   day of June, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge