IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-0006-MP -GRJ

TIMOTHY WIMS,

_____/

**O R D E R**

This matter is before the Court on Doc. 813, Defendant's motion to supplement his pending § 2255 motion. The Government has not filed a response. The Court construes the motion as a request to provide the Court with additional legal argument in support of the § 2255 motion. The Court finds that the motion should be granted to that extent, and the Court will consider the supplemental legal argument when it undertakes review of the § 2255 motion and the Government's response.

Accordingly, it is **ORDERED:**

That the motion to supplement, Doc. 813, is **GRANTED.**

**DONE AND ORDERED** this 14th day of March 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge